IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIAN RAMOS,<br><br>Defendants. | CASE NO.  1:05-CR-00051 LJO<br><br>ORDER ON MOTION TO DISMISS INDICTMENT |

<u>ORDER</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the indictment as to the above-named defendant.  It is hereby ORDERED that the indictment is dismissed, as to this named defendant, and the related arrest warrants are recalled.

IT IS SO ORDERED.

Dated:   **July 16, 2015**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO DISMISS                                1